IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| TERRY FOSTER,<br><br>   *Plaintiff*,<br><br>v.<br><br>PHILADELPHIA CORRECTIONS OFFICER DEXTER GRAY-HARRIDAY, *et al.*<br><br>   *Defendants*. | CIVIL ACTION<br>NO. 18-00114 |

**Pappert, J.**                             September 17, 2018

## ORDER

**AND NOW**, this 17th day of September, 2018, after consideration of Defendants' Motions to Dismiss, (ECF No. 14), and Plaintiff's Response, (ECF No. 16), it is hereby **ORDERED** that the Motion is **GRANTED**.

1. Count I for excessive force is **DISMISSED** without prejudice against Clifford Jeudy, Al-Hakim Lewis and Alisha Lewis;

2. Count II for false arrest is **DISMISSED** with prejudice against all defendants;

3. Count III for assault and battery is **DISMISSED** without prejudice against Clifford Jeudy, Al-Hakim Lewis and Alisha Lewis;

4. Count IV for false imprisonment is **DISMISSED** with prejudice against all defendants;

5. Count V for failure to investigate, train, supervise and/or discipline is **DISMISSED** without prejudice against all defendants;

6. Count VI for intentional infliction of emotional distress is **DISMISSED** without prejudice against Clifford Jeudy, Al-Hakim Lewis and Alisha Lewis;

7. Count VII for conspiracy is **DISMISSED** without prejudice against all defendants; and,

8. Count VIII for cruel and unusual punishment for failure to provide adequate medical treatment is **DISMISSED** without prejudice against all defendants.

9. Plaintiff may file a Second Amended Complaint, consistent with the attached memorandum, on or before **October 9, 2018**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.