# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TERRY FOSTER,** *Plaintiff,* | : : : | **CIVIL ACTION** |
| v. | : : | **No. 18-114** |
| **PHILADELPHIA CORRECTIONS OFFICER SGT. CLIFFORD JEUDY,** **et. al.,** *Defendants.* | : : : : : | |

## ORDER

**AND NOW**, this **29th** day of **January 2019**, upon consideration of Defendants' Partial Motion to Dismiss for Failure to State a Claim (ECF No. 20) and Plaintiff's Response thereto (ECF No. 21), and in accordance with the Court's accompanying Memorandum, it is hereby **ORDERED** as follows:

1. Defendants' Partial Motion to Dismiss Plaintiff's Second Amended Complaint (ECF No. 20) is **GRANTED IN PART** and **DENIED IN PART**.

2. Defendants' Motion to Dismiss (ECF No. 20) as to Defendant Carney is **GRANTED**. Accordingly, Defendant Carney is **DISMISSED** from this matter.

3. Defendants' Motion to Dismiss (ECF No. 20) as to Defendant City of Philadelphia is **DENIED**.

4. The remaining Defendants must file an Answer to Plaintiff's Second Amended Complaint on or before **February 12, 2019**.

BY THE COURT:

_____
**CHAD F. KENNEY, JUDGE**